**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| MOHAMMAD NAZIR, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 2:14-CV-0147-RWS |
| HALL COUNTY DETENTION CENTER, *et al.*, | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [9] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is **DISMISSED**, **WITHOUT PREJUDICE**.

**SO ORDERED**, this  9th  day of October, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE